IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION-DETROIT</u>

**In re:**
**Gabriel J. Hassan,**  Case No. 23-51253 lsg
  Chapter 7
  Debtor.  HON. LISA S. GRETCHKO
_____/

## <u>NOTICE OF LIMITED APPEARANCE</u>

TO THE CLERK OF COURT:

Please enter the appearance of John Robert Keyes, as attorney for the debtor for the limited purpose of representing the debtor at the section 341 meeting of the creditors. The Law Office of Gregory T. Osment & Associates shall continue to represent the debtor in all other matters.

Dated: December 22, 2023

  /s/ John Robert Keyes
 John Robert Keyes (P68856)
Attorney for Debtor
300 N. Huron St.
Ypsilanti, MI 48197
(734) 662-1590
Robert@robertkeyeslaw.com

Dated: December 22, 2023

/s/Gregory T. Osment
Gregory T. Osment (P41385)
Attorney for Debtor
13 Washington Street, Suite 2
Monroe, MI 48161
(734) 242-4441
gtoesq@sbcglobal.net